IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DENNIS DARNELL ERVIN,

    Petitioner,

v.                                                                                                       No. 1:16-cv-01067-JDB-jay

UNITED STATES OF AMERICA,

    Respondent.

ORDER LIFTING STAY
AND
DIRECTING CLERK TO ADMINISTRATIVELY REOPEN CASE

On February 27, 2020, the Court stayed proceedings in this case pending the Sixth Circuit's decision in *United States v. Buie*, 960 F.3d 767 (6th Cir. 2020).  (Docket Entry 10.)  On May 29, 2020, the Sixth Circuit issued its decision in that case.  *See Buie*, 960 F.3d at 767.  Accordingly, the STAY is hereby LIFTED.  The Clerk of Court is DIRECTED to administratively reopen the case.

IT IS SO ORDERED this 20th day of July 2020.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE